**Norman D. JIMMERSON, Jr.,**
**Petitioner–Appellant,**

v.

**COMMONWEALTH of Virginia,**
**Respondent–Appellee.**

No. 02–6057.

United States Court of Appeals,
Fourth Circuit.

Submitted April 17, 2002.

Decided May 31, 2002.

Norman D. Jimmerson, Jr., Appellant Pro Se. Mary Kathleen Beatty Martin, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILKINS, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Norman D. Jimmerson, Jr., appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Jimmerson v. Virginia,* No. CA–01–162–3 (E.D.Va. Dec. 7, 2001). We deny the motion for leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*